# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-19-00140-CR
NO. 03-19-00141-CR
NO. 03-19-00199-CR

**Randall Jones, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE 167TH DISTRICT COURT OF TRAVIS COUNTY
NOS. D-1-DC-17-302456; D-1-DC-17-302457; & D-1-DC-19-904002
THE HONORABLE P. DAVID WAHLBERG, JUDGE PRESIDING**

## O R D E R

**PER CURIAM**

Appellant's brief on appeal was originally due on August 8, 2019. On counsel's motion, the time for filing was extended to October 8, 2019. Appellant's counsel has now filed a second motion, requesting that the Court extend the time for filing appellant's brief. We grant in part the motion for extension of time and order appellant to file a brief no later than December 6, 2019. No further extension of time will be granted and failure to comply with this order will result in the referral of this case to the trial court for a hearing under Rule 38.8(b) of the Texas Rules of Appellate Procedure.

It is ordered on October 18, 2019.

Before Justices Goodwin, Baker, and Kelly

Do Not Publish